UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA TORRICELLAS,<br><br>                              Petitioner,<br><br>v.<br><br>J. CORE, Warden, et al.,<br><br>                              Respondents. | Case No.:  22-cv-1670-MMA (KSC)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>[Doc. No. 2] |

Petitioner, a state prisoner proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  Doc. No. 1.  Petitioner has also filed a motion to proceed in forma pauperis.  Doc. No. 2.

Upon review of Petitioner's motion and trust account statement, Petitioner has $1.92 on account at the correctional institution where she is presently confined, *see id.* at 5, 8, and cannot afford the $5.00 filing fee.  Thus, the Court **GRANTS** Petitioner's motion to proceed in forma pauperis and allows Petitioner to prosecute the above-referenced action without being required to prepay fees or costs and without being required to post security.

//

//

//

The Clerk of the Court will file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED**.

Dated: October 27, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge